IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:12CR3098 |
| V. | ) | |
| LONNIE LEE OBST, | ) | ORDER |
| Defendant. | ) | |

At the request of the defendant, the recommendation contained in the Amended Judgment (filing 62, at CM/ECF pg. 3) that the defendant remain in the Nebraska Department of Corrections until he serves his state sentence is rescinded. IT IS SO ORDERED. The Clerk shall provide a copy of this order to counsel of record and to the United States Marshals Service.

DATED this 28th day of May, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge