IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 4:12CR3098 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| LONNIE LEE OBST, ) | |
| ) | |
| Defendant. ) | |

IT IS ORDERED that:

(1)     At the request of the defendant through his counsel, the defendant will participate in his Rule 35 hearing by telephone.

(2)     **Defense counsel shall make the telephone arrangements with the Bureau of Prisons. Defense counsel shall then provide the undersigned's chambers with the contact information (including name and telephone number) of the Bureau of Prison's official the courtroom deputy should call the day and time of the hearing.**

(3)     The Marshal is directed not to return the defendant to the district.

(4)     The defendant is held to have waived his right to be present.

Dated March 24, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge